**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| GLOBALFOUNDRIES U.S. INC.,<br><br>Plaintiff<br><br>v.<br><br>TOWER SEMICONDUCTOR LTD., TOWER PARTNERS SEMICONDUCTOR CO. LTD., TOWER SEMICONDUCTOR ITALY S.R.L., TOWER US HOLDINGS INC., TOWER SEMICONDUCTOR NPB HOLDINGS INC., TOWER SEMICONDUCTOR NEWPORT BEACH INC., AND TOWER SEMICONDUCTOR SAN ANTONIO INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 7:26-cv-00109-DC-DTG |

**DECLARATION OF PATRICK LAUPPE IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO STAY ACTION PURSUANT TO 28 U.S.C. § 1659 PENDING PARALLEL ITC INVESTIGATION**

I, Patrick Lauppe, hereby declare and state as follows:

1. I am an attorney at the law firm Cooley LLP, counsel of record in this action for Defendants Tower Semiconductor Ltd.; Tower Partners Semiconductor Co. Ltd.; Tower Semiconductor Italy S.r.l.; Tower US Holdings Inc.; Tower Semiconductor NPB Holdings Inc.; Tower Semiconductor Newport Beach Inc.; and Tower Semiconductor San Antonio Inc. ("Defendants"). I submit this Declaration in support of Defendants' Unopposed Motion to Stay Action Pursuant to 28 U.S.C. § 1659 Pending Parallel ITC Investigation.

2. Attached as **Exhibit 1** is the Notice of Institution of Investigation in the ITC investigation *Certain Semiconductor Devices, Products Containing Same, and Components Thereof*, Inv. No. 337-TA-1500, dated April 28, 2026.

3. Attached as **Exhibit 2** is the complaint in the ITC investigation *Certain Semiconductor Devices, Products Containing Same, and Components Thereof*, Inv. No. 337-TA-1500, dated March 26, 2026.

I declare under penalty of perjury of the laws of the United States that the forgoing is true and correct. Executed in Cincinnati, Ohio on May 14, 2026.

*/s/ Patrick Lauppe*
Patrick Lauppe

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on May 14, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Stephen R. Smith*
Stephen R. Smith