**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| GLOBALFOUNDRIES U.S. INC.,<br><br>Plaintiff<br><br>v.<br><br>TOWER SEMICONDUCTOR LTD., TOWER PARTNERS SEMICONDUCTOR CO. LTD., TOWER SEMICONDUCTOR ITALY S.R.L., TOWER US HOLDINGS INC., TOWER SEMICONDUCTOR NPB HOLDINGS INC., TOWER SEMICONDUCTOR NEWPORT BEACH INC., AND TOWER SEMICONDUCTOR SAN ANTONIO INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 7:26-cv-00109-DC-DTG |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY ACTION PURSUANT TO 28 U.S.C. § 1659 PENDING PARALLEL ITC INVESTIGATION**

This Court, having considered Defendants' Unopposed Motion to Stay Action Pursuant to 28 U.S.C. § 1659 Pending Parallel ITC Investigation (the "Motion") hereby GRANTS the Motion and ORDERS the following:

IT IS HEREBY ORDERED that this case is STAYED until the determination of the ITC investigation *Certain Semiconductor Devices, Products Containing Same, and Components Thereof*, Inv. No. 337-TA-1500 becomes final, including any appeals.

SIGNED this _______ day of _________, 2026.

______________________________
THE HONORABLE DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE