# EXHIBIT 1

**UNITED STATES INTERNATIONAL TRADE COMMISSION**
**Washington, D.C.**

| |
|---|
| **In the Matter of**<br><br>**CERTAIN SEMICONDUCTOR DEVICES, PRODUCTS CONTAINING SAME, AND COMPONENTS THEREOF** |

**Inv. No. 337-TA-1500**

## NOTICE OF INSTITUTION OF INVESTIGATION

Institution of investigation pursuant to 19 U.S.C. 1337

AGENCY: U.S. International Trade Commission

ACTION: Notice

SUMMARY: Notice is hereby given that a complaint was filed with the U.S. International Trade Commission on March 26, 2026, under section 337 of the Tariff Act of 1930, as amended, on behalf of GlobalFoundries U.S. Inc. of Malta, New York. A supplement to the complaint was filed on April 1, 2026. The complaint, as supplemented, alleges violations of section 337 based upon the importation into the United States, the sale for importation, and the sale within the United States after importation of certain semiconductor devices, products containing same, and components thereof by reason of the infringement of certain claims of U.S Patent No. 8,330,235 ("the '235 patent"); U.S. Patent No. 8,507,983 ("the '983 patent"); U.S. Patent No. 9,093,425 ("the '425 patent"); U.S. Patent No. 9,865,546 ("the '546 patent"); U.S. Patent No. 10,062,748 ("the '748 patent"); and U.S. Patent 10,707,167 ("the '167 patent"). The complaint further alleges that an industry in the United States exists as required by the applicable Federal Statute.

The complainant requests that the Commission institute an investigation and, after the investigation, issue a limited exclusion order and cease and desist orders.

ADDRESSES: The complaint, except for any confidential information contained therein, may be viewed on the Commission's electronic docket (EDIS) at https://edis.usitc.gov. For help accessing EDIS, please email EDIS3Help@usitc.gov. Hearing impaired individuals are advised that information on this matter can be obtained by contacting the Commission's TDD terminal on (202) 205-1810. Persons with mobility impairments who will need special assistance in gaining access to the Commission should contact the Office of the Secretary at (202) 205-2000. General information concerning the Commission may also be obtained by accessing its internet server at https://www.usitc.gov.

FOR FURTHER INFORMATION CONTACT: Susan Orndoff, The Office of the Secretary, Docket Services Division, U.S. International Trade Commission, telephone (202) 205-1802.

SUPPLEMENTARY INFORMATION:

AUTHORITY: The authority for institution of this investigation is contained in section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. 1337, and in section 210.10 of the Commission's Rules of Practice and Procedure, 19 CFR 210.10 (2025).

SCOPE OF INVESTIGATION: Having considered the complaint, the U.S. International Trade Commission, on April 27, 2026, ORDERED THAT –

(1) Pursuant to subsection (b) of section 337 of the Tariff Act of 1930, as amended, an investigation be instituted to determine whether there is a violation of subsection (a)(1)(B) of section 337 in the importation into the United States, the sale for importation, or the sale within the United States after importation of certain products identified in paragraph (2) by reason of infringement of one or more of claims 1, 5-12, and 15-19 of the '235 patent; claims 1-7, 13-18, and 20 of the '983 patent; claims 1-9 of the '425 patent; claims 1-14 of the '546 patent; claims 1-12, 14, and 16-18 of the '748 patent; and claims 1-6 of the '167 patent, and whether an industry in the United States exists as required by subsection (a)(2) of section 337;

(2) Pursuant to section 210.10(b)(1) of the Commission's Rules of Practice and Procedure, 19 CFR 210.10(b)(1), the plain language description of the accused products or category of accused products, which defines the scope of the investigation, is "certain semiconductor devices manufactured using Tower's RF, power management, BCD, logic, SiGe, and BiCMOS processes, including wafers and chips, and components thereof";

(3) For the purpose of the investigation so instituted, the following are hereby named as parties upon which this notice of investigation shall be served:

(a) The complainant is:

GlobalFoundries U.S. Inc.
400 Stonebreak Road Extension
Malta, NY 12020

(b) The respondents are the following entities alleged to be in violation of section 337, and are the parties upon which the complaint is to be served:

Tower Semiconductor Ltd.
Ramat Gavriel Industrial Park
20 Shaul Amor Avenue
P.O. Box 619
Migdal Haemek, 2310502
Israel

Tower Partners Semiconductor Co., Ltd.
800 Higashiyama
Uozu-city Toyama, 937-8585
Japan

Tower Semiconductor Italy S.R.L. (Italy)
Via Marco De Marchi 7
20121 Milano (MI)
Italy

Tower US Holdings, Inc.
4321 Jamboree Road
Newport Beach, California 92660

Tower Semiconductor San Antonio, Inc.
9651 Westover Hills Boulevard
San Antonio, Texas 78251

Tower NPB Holdings, Inc.
2570 N. 1st Street, Suite 480
San Jose, California 95131

Tower Semiconductor Newport Beach, Inc.
4321 Jamboree Road
Newport Beach, California 92660

Newport Fab LLC
4321 Jamboree Road
Newport Beach, California 92660

(4) For the investigation so instituted, the Chief Administrative Law Judge, U.S. International Trade Commission, shall designate the presiding Administrative Law Judge.

The Office of Unfair Import Investigations will not participate as a party in this investigation.

Responses to the complaint and the notice of investigation must be submitted by the named respondents in accordance with section 210.13 of the Commission's Rules of Practice and Procedure, 19 CFR 210.13. Pursuant to 19 CFR 201.16(e) and 210.13(a), such responses will be considered by the Commission if received not later than 20 days after the date of service by the Commission of the complaint and the notice of investigation. Extensions of time for submitting responses to the complaint and the notice of investigation will not be granted unless good cause therefor is shown.

Failure of a respondent to file a timely response to each allegation in the complaint and in this notice may be deemed to constitute a waiver of the right to appear and contest the allegations

of the complaint and this notice, and to authorize the administrative law judge and the Commission, without further notice to the respondent, to find the facts to be as alleged in the complaint and this notice and to enter an initial determination and a final determination containing such findings, and may result in the issuance of an exclusion order or a cease and desist order or both directed against the respondent.

By order of the Commission.

Lisa R. Barton
Secretary to the Commission

Issued: April 28, 2026

**PUBLIC CERTIFICATE OF SERVICE**

I, Lisa R. Barton, hereby certify that the attached **INSTITUTION OF INVESTIGATION** has been served via EDIS upon the following parties as indicated, on **April 28, 2026**.

Lisa R. Barton, Secretary
U.S. International Trade Commission
500 E Street, SW, Room 112
Washington, DC 20436

**Complainant:**

GlobalFoundries U.S. Inc.
400 Stonebreak Road Extension
Malta, NY 12020

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification of Availability for Download

**On Behalf of Complainant:**

Bert C. Reiser
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania, N.W.
Washington, DC 20037
Email: breiser@cgsh.com

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification of Availability for Download

**Respondents:**

Tower Semiconductor Ltd.
Ramat Gavriel Industrial Park
20 Shaul Amor Avenue, P.O. Box 619
Migdal Haemek, 2310502
Israel

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other: Service to Be Completed by Complainant

Tower Partners Semiconductor Co., Ltd.
800 Higashiyama
Uozu-city Toyama 937-8585
Japan

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other: Service to Be

Completed by Complainant

Tower Semiconductor Italy S.R.L. (Italy)
Via Marco De Marchi 7
20121 Milano (MI)
Italy

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other: Service to Be Completed by Complainant

Tower US Holdings, Inc.
4321 Jamboree Road
Newport Beach, CA 92660

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other: Service to Be Completed by Complainant

Tower Semiconductor San Antonio, Inc.
9651 Westover Hills Boulevard
San Antonio, TX 78251

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other: Service to Be Completed by Complainant

Tower NPB Holdings, Inc.
2570 N. 1st Street, Suite 480
San Jose, CA 95131

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other: Service to Be Completed by Complainant

Tower Semiconductor Newport Beach, Inc.
4321 Jamboree Road
Newport Beach, CA 92660

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other: Service to Be Completed by Complainant

Newport Fab LLC
4321 Jamboree Road
Newport Beach, CA 92660

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other: Service to Be Completed by Complainant

**Embassies:**

| | |
|---|---|
| Embassy of Israel<br>3514 International Place, NW<br>Washington DC 20008 | ☐ Via Hand Delivery<br>☒ Via Express Delivery<br>☐ Via First Class Mail<br>☐ Other: Service to Be Completed by Complainant |
| Embassy of Japan<br>2520 Massachusetts Ave, NW<br>Washington DC 20008 | ☐ Via Hand Delivery<br>☒ Via Express Delivery<br>☐ Via First Class Mail<br>☐ Other: Service to Be Completed by Complainant |
| Embassy of Italy<br>3000 Whitehaven St, NW<br>Washington DC 20008 | ☐ Via Hand Delivery<br>☒ Via Express Delivery<br>☐ Via First Class Mail<br>☐ Other: Service to Be Completed by Complainant |

**Government Agencies:**

| | |
|---|---|
| Lynda Marshall<br>International Section, Antitrust Division<br>U.S. Department of Justice<br>450 5th Street NW, Room 11000<br>Washington, DC 20530 | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail<br>☒ Other: Email Notification of Availability for Download |
| Alaina van Horn<br>U.S. Customs and Border Protection<br>Regulations and Rulings<br>90 K Street NE – 10th Floor<br>Washington, DC 20229 | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail<br>☒ Other: Email Notification of Availability for Download |
| Anupama Sawkar<br>Office of Policy Planning<br>Federal Trade Commission | ☐ Via Hand Delivery<br>☐ Via Express Delivery<br>☐ Via First Class Mail |

600 Pennsylvania Avenue
Washington, DC 20580

☒ Other: Email Notification of Availability for Download

Summer E. Young, PH.D., J.D.
HHS Office of the General Counsel, NIH Branch
National Institutes of Health
31 Center Drive
Bldg. 31, Room 2B-50
Bethesda, MD 20892

☐ Via Hand Delivery
☐ Via Express Delivery
☐ Via First Class Mail
☒ Other: Email Notification of Availability for Download