**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **GLOBALFOUNDRIES U.S. INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| | § | |
| **v** | § | |
| | § | **No. 7:26-cv-00109-DC-DTG** |
| **TOWER SEMICONDUCTOR LTD., TOWER PARTNERS SEMICONDUCTOR CO. LTD., TOWER SEMICONDUCTOR ITALY S.R.L., TOWER US HOLDINGS INC., TOWER SEMICONDUCTOR NPB HOLDINGS INC., TOWER SEMICONDUCTOR NEWPORT BEACH INC., AND TOWER SEMICONDUCTOR SAN ANTONIO INC.,** | § § § § § § § § § | |
| | § | |
| **Defendants.** | § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY ACTION PURSUANT TO 28 U.S.C. § 1659 PENDING PARALLEL ITC INVESTIGATION (DKT. NO. 21)**

This Court, having considered Defendants' Unopposed Motion to Stay Action Pursuant to 28 U.S.C. § 1659 Pending Parallel ITC Investigation (Dkt. No. 21) hereby **GRANTS** the Motion and **ORDERS** the following:

**IT IS HEREBY ORDERED** that this case is **STAYED** until the determination of the ITC investigation *Certain Semiconductor Devices, Products Containing Same, and Components Thereof*, Inv. No. 337-TA-1500 becomes final, including any appeals.

**IT IS FURHTER ORDERED** that the parties shall submit a joint status report **every six (6) months** and a motion for status conference **within ten (10)** calendar days of the ITC

investigation No. 337-TA-1500 becoming final, including any appeals.

SIGNED this 18th day of May, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE